# Court of Appeals
# of the State of Georgia

ATLANTA,    July 25, 2013

*The Court of Appeals hereby passes the following order:*

**A13I0280. INTERNET BRANDS, INC., v. DAN JAPE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

Appellee has moved to seal the application and associated filings. That motion is hereby GRANTED.

Appellee has moved to strike the Appellant's Reply in Support of its Application. That motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/25/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*